**ALLAN B. MENDELSOHN, LLP**
*Attorneys at Law*
38 NEW STREET, HUNTINGTON, NY 11743
TELEPHONE (631) 923-1625    FACSIMILE (631) 423-4536

ALLAN B. MENDELSOHN
MICHAEL J. O'SULLIVAN

OF COUNSEL

United States Bankruptcy Court
Clerk of the Court
290 Federal Plaza
Central Islip, NY 11722

April 24, 2020

In Re: Joanne Gradilone
Case No. 819-70081-REG
Chapter 7

Dear Sir/Madam,

Please let this serve to respond to your request for a status report for the administration of this estate.

This case was commenced on January 4, 2019. Investigation by the Trustee disclosed the possibility of recovering some equity in real property for the benefit of the estate creditors. It also indicated that the estate might have viable claims against entities/individuals sounding in fraudulent conveyance or preferential payments. Counsel was retained to investigate those possibilities more fully. Their retention was approved pursuant to a July 8, 2019 order

Based upon their investigation, real property located at 545 Hoffman Lane, Hauppauge, NY 11788 was found to possess some equity for the benefit of the estate due to the Debtor's (1/3 interest therein. All claims by the Estate related to the conveyance of the Debtor's interest in 545 Hoffman Lane were settled for $8,640.00 pursuant to the July 27, 2019 Stipulation with the Debtor - with court approval per order dated September 19, 2019.

Counsel is investigating for the existence of additional viable claims for the estate. When that investigation is completed, appropriate measures will be taken to assert the estate's rights. If it is determined that no addition claims exist, the Final Report will be prepared and filed.

I hope this information is satisfactory.

Sincerely,

Allan B. Mendelsohn, Trustee